# Third District Court of Appeal
## State of Florida

Opinion filed September 27, 2023.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-1509
Lower Tribunal No. 18-222-M

————————————

**City of Marathon,**
Appellant,

vs.

**Richard E. Warner, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., and Jeffrey L. Hochman and Hudson C. Gill (Fort Lauderdale), for appellant.

John P. Fenner (Weston), for appellees Richard E. Warner and John W. Parente; Margaret A. Broz (West Palm Beach), for appellee Joseph E. Ardolino.

Before LOGUE, C.J., and HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.